Susan ABRAMS, Plaintiff—Appellant,

v.

U.S. FOREST SERVICE, Defendant,

and

United States of America, Defendant—Appellee.

No. 00–17311.

D.C. No. CV–99–00885–DFL/GGH.

United States Court of Appeals, Ninth Circuit.

**This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Submitted Feb. 15, 2002 *.

Decided Feb. 25, 2002.

Before WALLACE, KOZINSKI and PAEZ, Circuit Judges.

## MEMORANDUM **

We affirm for the reasons stated by the district court.

AFFIRMED.